UNITY SHEET METAL WORKS, INC., Respondent, v. FARRELL LINES INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

THOMAS WILSON & CO., INC., Respondent, v. YOUNG MODES, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

COMMONWEALTH OF PENNSYLVANIA, for Use and Benefit of ROGER-MARSHALL Co., INC., Respondent, v. BONDED WRECKING & LUMBER CORPORATION et al., Appellants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

◾

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOLA DE WITT, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOU ABRAMS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

In the Matter of the Accounting of LOTTIE B. Cox, as Executrix of ESTELLE LASTER, Deceased, Appellant. WILLIAM LASTER, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Cohn, Callahan and Botein, JJ.

◾

ISADORE S. TUROVER, Appellant-Respondent, v. STERN MORGENTHAU & CO., INC., Respondent-Appellant.— Order unanimously modified so as to grant plaintiff's motion for summary judgment except as to contract No. 80233. We find no triable issue of fact in this case except as to whether the parties entered into contract No. 80233; except as to this document, plaintiff is entitled to summary judgment and an assessment of damages. The order is modified accordingly and otherwise affirmed. Settle order on notice. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See post, p. 943.]